In the Matter of the Application of LITTLEJOHN & Co., INC., Appellant, against CHARLES H. DEMAREST, INC., for an Order Requiring CHARLES H. DEMAREST, INC., to Submit, etc., to Arbitration, Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.; Clarke, P. J., dissents.

THE BRODY & FUNT Co., INC., Appellant, v. THE PREFERRED ACCIDENT INSURANCE COMPANY OF NEW YORK, Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. The bill of particulars to be served within twenty days from service of order. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JOHN P. KIRWAN, Appellant, v. WILLIAM J. HOGGSON, Respondent.— Order modified by allowing a full bill of costs to the date of the motion, including ten dollars motion costs, and as so modified affirmed, without costs of this appeal. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

AEDITA S. FISHER, Respondent, Appellant, v. HARRY C. FISHER, Appellant, Respondent.— Order modified by reducing the amount which defendant is thereby directed to pay to the plaintiff for counsel fee to the sum of $2,000 (which is in addition to the $3,000 already paid), and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ANTONIO ROSOLINI, Individually and as Administrator, etc., of LENA ROSOLINI, Deceased, Respondent, v. CLIFFSIDE TAXICAB CORPORATION, Appellant.— Order so far as it grants plaintiff's motion to vacate the inquisition is reversed, with ten dollars costs and disbursements, and the motion to said extent denied and the verdict of the sheriff's jury reinstated, on the ground that there was nothing presented to the court to show that the amount of the recovery was inadequate. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SARAH L. ROBERTSON, Appellant, v. NEWS SYNDICATE Co., INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

FLORENCE ROGERS COOKE, Respondent, v. ROBERT ANDERSON COOKE, Appellant. Action for separation. ROBERT ANDERSON COOKE, Appellant, v. FLORENCE ROGERS COOKE, Respondent. Action for absolute divorce.— Order modified by vacating order of reference, and reducing counsel fee to $1,500, the $500 paid to be applied thereto. The alimony should be fixed as follows: The husband to continue paying the rent, servants and all the expenses of maintaining the household; this to be done by weekly allowances, except that the rent is to be paid as provided by the terms of the lease, so that conditions may continue as at present; and in addition pay to his wife the sum of $100 a week for the support of herself and her son. The custody of Robert Anderson Cooke, Jr., is hereby awarded to Florence Rogers Cooke, with the right upon the part of said Robert Anderson Cooke to the custody each week-end from Friday night at six o'clock until Monday morning at ten o'clock. Said Robert Anderson Cooke, Jr., should not be removed from the State of New York during the pendency of the action. As so modified, order affirmed, with ten dollars costs and disbursements to the respondent. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.